IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARY OWEN KENDALL,                )<br>                                                              )<br>                        Plaintiff,           ) Case No. CV06-491-S-EJL<br>                                                              )<br>vs.                                                        ) ORDER ADOPTING REPORT<br>                                                              ) AND RECOMMENDATION<br>                                                              )<br>HUD, et al,                                           )<br>                                                              )<br>                        Defendants.        )<br>_____)| |

On April 13, 2007, United States Magistrate Judge Larry M. Boyle issued a Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Plaintiff had ten (10) days in which to file written objections to the Report and Recommendation, however, the Plaintiff has not objected to the recommendation made by Judge Boyle. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Boyle to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Boyle. Acting on the recommendation of Judge Boyle, and this Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Report and Recommendation entered on April 13, 2007, (Docket No.10) by Judge Boyle should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

   **IT IS FURTHER ORDERED:**

   1.   Plaintiff's Petition for Order to Proceed in Forma Pauperis (Docket No. 2) is GRANTED;

   2.   Plaintiff's Complaint, pursuant to 28 U.S.C. § 191(e)(2), is DISMISSED with leave to file a "First Amended Complaint" as particularly set forth in the Report and Recommendation issued by Judge Boyle; and

ORDER - Page 1
07ORDERS\Kendall_rnr.WPD

3. Plaintiff shall file the "First Amended Complaint" on or before June 22, 2007, or this action will be dismissed in its entirety without further notice.

**SO ORDERED**.

DATED: **May 22, 2007**

_____
Honorable Edward J. Lodge
U. S. District Judge